1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Muhammad Bhular, | No. CV-23-01881-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| Asteri Group Home LLC, et al., | |
| Defendants. | |

This matter was assigned to Magistrate Judge Eileen S. Willett. (Doc. 3). On February 29, 2024, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 21). The Magistrate Judge has recommended that Plaintiff's Motion for Default Judgment, (Doc. 20), be granted. To date, no objections have been filed.

---

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,

**IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.

**IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:

Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 21).

**IT IS FURTHER ORDERED granting** Plaintiff's Motion for Default Judgment. (Doc. 20).

**IT IS FURTHER ORDERED awarding** Plaintiff judgment against Defendants Asteri Group Home LLC, Sammie Jo Black, and Larry Rodriguez and Jane Doe Rodriguez as follows:

    A. For trebled award of Plaintiff's unpaid wages in the amount of $3,688.92, of which:

        a.   Defendant Asteri Group Home LLC shall be liable for $780.42;

        b.  Defendants Asteri Group Home LLC, Sammie Jo Black, and

Larry Rodriguez and Jane Doe Rodriguez shall be liable, jointly and severally, for $2,908.50;

B. For unpaid overtime in the amount of $138.21 for which Defendants Asteri Group Home LLC, Sammie Jo Black, and Larry Rodriguez shall be jointly and severally liable;

C. For liquidated damages on Plaintiff's unpaid overtime in the amount of an additional $138.21 for which Defendants Asteri Group Home LLC, Sammie Jo Black, and Larry Rodriguez and Jane Doe Rodriguez shall be jointly and severally liable;

D. For post judgment interest on the above amounts at the federal rate from the date of Judgment until paid.

**IT IS FURTHER ORDERED directing** the Clerk of Court to enter judgment accordingly and terminate this matter.

**IT IS FURTHER ORDERED** that Plaintiff has no later than April 2, 2024 to file an application for attorneys' fees and costs pursuant to LRCiv 54.2.

**IT IS FURTHER ORDERED dismissing** John Doe Black from this action without prejudice for failure to serve.

Dated this 18th day of March, 2024.

Honorable Stephen M. McNamee
Senior United States District Judge